# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Vitamin OldCo Holdings, Inc., (f/k/a GNC Holdings, Inc.), *et al.*,<br>    Liquidating Debtors. | Chapter 11<br>Case No. 20-11662 (KBO)<br>(Substantively Consolidated) |
| John Yong Tang and Faris Al Kooheji, on behalf of themselves and others similarly situated,<br>    Plaintiffs,<br>        v.<br>CITIC Capital Holdings Ltd., *et al.*,<br>    Defendants. | Adv. Proc. No. 24-50020 (KBO) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Defendants Evercore Inc. and Gregory Berube, by and through their undersigned counsel, hereby withdraw the Motion and Order for Admission *Pro Hac Vice* of Stefania D. Venezia [Docket No. 25] and the Motion and Order for Admission *Pro Hac Vice* of Nathan J. Montalto [Docket No. 26] that were filed in this action on January 9, 2025.

Dated: January 10, 2025

ROSS ARONSTAM & MORITZ LLP

*/s/ Bradley R. Aronstam*
Bradley R. Aronstam (#5129)
Thomas A. Barr (#5589)
Hercules Building
1313 North Market Street, Suite 1001
Wilmington, Delaware 19801
(302) 576-1600
baronstam@ramllp.com
tbarr@ramllp.com

*Attorneys for Defendants*
*Evercore Inc. and Gregory Berube*